**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAYMUNDO RUBIO, RODOLFO LOPEZ-CUEVAS and DOROTHY ANNETTE LOPEZ-CUEVAS,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>MORTGAGEIT, INC. COUNTRYWIDE BANK, INDYMAC FEDERAL BANK, ALLIANCE TITLE CORPORATION, MORTGAGE ELECTRONICS REGISTRATION SERVICE (MERS) and DOES I-X INCLUSIVE,<br><br>　　　　　Defendants. | NO. 1:09-CV-01524-AWI-GSA<br><br>ORDER VACATING HEARING DATE OF OCTOBER 26, 2009, AND TAKING MATTER UNDER SUBMISSION |

　　　　Defendants' motion to dismiss has been set for hearing in this case on October 26, 2009. The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of October 26, 2009, is VACATED, and the parties shall not appear at that time. As of October 26, 2009, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:　October 21, 2009　　　　　　　　　　/s/ Anthony W. Ishii
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE